**No. 50477.**—Protest 111816–K/12683–A of Standard Fruit & Steamship Co. (New Orleans).

Opinion by KEEFE, J. At the trial Government counsel moved to dismiss the protest as untimely under the provision of section 514. Since the time within which protests may be filed after liquidation had expired, the court held it had no jurisdiction to determine the issue. The protest was therefore dismissed.